# UNITED STATES DISTRICT COURT

**EASTERN   DISTRICT OF   CALIFORNIA**

—oOo—

FILED
DEC 22 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Daniel Franklin<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER:<br><br>2 0 6 - MJ - - 3 4 5 EFB |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 19, 2006, in Sacramento County, in the Eastern District of California, defendant(s) did, (Track Statutory Language of Offense)

▸ Conspire to import, possess and distribute, marijuana.

in violation of Title 21, United States Code, Section(s) 846 and 841(a)(1). I further state that I am a(n) Special Agent of the FBI and that this complaint is based on the following facts:

▸ See Attachment A

_X_ Continued on the attached sheet and made a part hereof.

_____
Signature of Complainant Michael A. Skeen, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

December 20, 2006                at    Sacramento, California
Date                                    City and State

U.S. Magistrate Judge                   _____
Name and Title of Judicial Officer      Signature of Judicial Officer

McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorney
501 "I" Street
Suite 10 - 100
Sacramento, California

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

AFFIDAVIT

I, Michael A. Skeen, do swear and affirm as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since October 1986. I am presently assigned as the Senior Resident Agent of the Redding Resident Agency in Redding, California, which is in Shasta County and the Eastern District of California. I have held this position since May 1999. My official duties include the investigation of violations of federal law. As part of my official duties I investigate criminal enterprises and the distribution of illegal drugs. I am familiar with investigations of drug trafficking organizations, methods of importation and distribution of controlled substances, and financial investigations. I have participated in numerous investigations involving organizations trafficking in controlled substances which have resulted in arrests of drug traffickers and seizures of assets and controlled substances. I have interviewed numerous distributors and users of

1

methamphetamine, cocaine, heroin, and marijuana. I have testified at the criminal trials of drug traffickers.

2. I am currently participating in a criminal investigation of a drug trafficking organization involving Daniel Franklin regarding the conspiracy to import, possess and distribute marijuana in violation of Title 21 U.S.C. Sections 846 and 841(a)(1).

3. I am familiar with the information contained in this affidavit, either through personal investigation or through discussions with other law enforcement officers who have obtained information which they have reported to me. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary and relevant to establish the appropriate foundation for a criminal complaint and arrest warrant.

4. On or about August 16, 2005, a confidential informant (CI) provided information regarding a large drug trafficking organization operating in the Redding area. The following information in part was provided by the CI: This organization imports "B.C. Bud" marijuana from Canada and distributes the marijuana in Northern California and the Los Angeles area. This group also imports cocaine from Mexico and distributes some of the cocaine and uses the rest of the cocaine themselves. The group is also known to distribute steroids and oxycontin through the Total Fitness health club

2

1 in Redding. CI knows this group has possessed more than
2 $400,000 in illegal proceeds in just a one month period. The
3 group is headed by Shane Fraser from Canada and includes
4 Curtis Lupo, Thomas Lupo, Danny Franklin, Steve Frese, and
5 Robert Hogue of Redding. The Lupo brothers control the
6 distribution of the drugs. Thomas Lupo was arrested in 2003
7 in Los Angeles with more than $300,000 in his possession. CI
8 believes that Lupo was in Los Angeles to arrange for a
9 cocaine transaction. Franklin and Frese are used as "mules"
10 to and from Canada and Mexico by the organization. The group
11 uses code names and language when they discuss business. CI
12 stated that the organization's nickname for Daniel Franklin
13 was "Bean".
14         5.   Your Affiant has personally met the CI on at
15 least two occasions. The information from CI has been
16 independently substantiated numerous times. CI has been
17 shown to be reliable and credible over the course of this
18 investigation since August 2005.
19         6.   On November 30, 2006, task force agents served
20 a state search warrant at the residence of Daniel Franklin as
21 well as at the residences of other targets of this
22 investigation. Daniel Franklin provided the following
23 statement in summary during an interview conducted
24 coincidentally to the execution of the search warrant:
25         a.   Franklin said he was an active participant in
26 the drug distribution organization operated by Shane Fraser,
27 a Canadian citizen, and overseen locally in the Redding area
28 by Curtis and Thomas Lupo. Franklin said Curtis and Thomas

3

1  Lupo were in charge of the organization in the Redding area
2  during his tenure. The Lupos answered directly to Shane
3  Fraser in Canada. Fraser directed loads of marijuana into
4  the United States and ultimately received the bulk of the
5  illegal proceeds.
6         b.  Franklin said he began transporting large
7  amounts of marijuana for the organization in 1998. Franklin
8  said he actively transported marijuana and currency for the
9  organization until the summer of 2003. Franklin estimated
10 that he transported approximately 1000 pounds of marijuana
11 per year for the organization. Franklin said he would also
12 collect monies owed to the organization for the marijuana.
13 Franklin estimated he transported more than $5 million in
14 currency for the organization during his tenure. This
15 currency was later given to the Lupos and Fraser.
16        c.  Franklin said that during the time he worked
17 for the organization, Franklin's duties included the pickup,
18 preparation for resale, and delivery of marijuana to
19 customers of the organization in southern California, Nevada
20 and Arizona. Franklin normally drove to the border of the
21 United States and Canada in Washington State where he was met
22 by an unknown individual at a prearranged location. The
23 unknown individual would give Franklin hockey style duffle
24 bags filled with marijuana. The arrangements for these
25 meetings were made Fraser and the Lupos. Once Franklin was
26 provided the marijuana, Franklin would transport the
27 marijuana in rental cars or cars provided to him by the Lupos
28 to Franklin's residence in Redding, California. Once

4

1 | Franklin arrived in Redding with the marijuana, he would sort
2 | and then prepare the marijuana for delivery to the customers
3 | outside the Redding area.
4 |     d.  Franklin said his nickname in the organization
5 | was "Bean". Franklin said that the duffle bags in his garage
6 | were all used to transport marijuana for the organization.
7 | Franklin was asked if he was referring to the six duffle
8 | bags, including the duffle bag which was marked "Bean" on the
9 | exterior. Franklin responded, "Yeah, and there is still a
10 | little marijuana in one of them."
11 |     7.  Also on November 30, 2006, evidence of the
12 | conspiracy to import, possess and distribute marijuana in
13 | violation of Title 21 U.S.C. Sections 846 and 841(a)(1) was
14 | seized at the residence of Daniel Franklin. This evidence
15 | included six duffle bags which Daniel Franklin admitted were
16 | bags used by him to transport illegal drugs and currency for
17 | the organization. One of the duffle bags was marked with
18 | "Bean", Franklin's nickname from the organization. A small
19 | amount of marijuana was recovered from one of the duffle
20 | bags.
21 |     8.  Based on the above information, I have probable
22 | cause to believe that Daniel Franklin has violated Title 21,
23 | United States Code, Sections 846 and 841(a)(1), which makes
24 | it a federal crime for any person to knowingly conspire to
25 | import, possess and distribute marijuana.
26 |     14.  In consideration of the foregoing, your
27 | Affiant respectfully requests that this court issue a
28 | complaint and arrest warrant for Daniel Franklin for

5

1  violation of Title 21, United States Code, Section 846 and
2  for violation of Title 18, United States Code, Section
3  841(a)(1).
4      I have had this affidavit reviewed by AUSA Robert
5  M. Twiss.

                              Michael A. Skeen
                              Special Agent
                              Federal Bureau of Investigation

    Subscribed and sworn to before me this 20th day of December 2006.

                              U.S. Magistrate Judge