```
FILED
December 22, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 06-0345-EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| DANIEL FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL FRANKLIN, Case No. MAG. 06-0345-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $50,000.00

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    _X_   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    _X_   (Other) Conditions as stated on the record

    _X_   (Other) The Defendant is to be released on 12/22/06 under a $50,000.00 Unsecured Bond, pending the filing of the Secured Bond paperwork, which is due by 01/11/07.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _December 22, 2006_ at 2:35 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge