```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    Assistant United States Attorneys
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone:  (916) 554-2767
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )  MAG. No. 06-345 EFB
                               )
12                 Plaintiff,  )  Stipulation and Order Continuing
                               )  Matter for Further Proceedings
13          v.                 )
                               )
14  DANIEL FRANKLIN,           )
                               )
15                 Defendant.  )
                               )
16                             )
                               )
17
```

18      It is hereby agreed and stipulated by the United States,
19 through its undersigned counsel, and by defendant Daniel
20 Franklin, through his counsel Michael Bigelow, that the
21 preliminary hearing scheduled for Thursday, January 11, 2007,
22 should be VACATED and CONTINUED approximately 60 days until March
23 8, 2007.  The continuance is necessary to allow defense counsel
24 sufficient time to meet with and advise defendant Franklin
25 whether to accept the pre-indictment plea offer of the United
26 States.  Defendant Franklin has been advised through counsel that
27 the pre-indictment plea offer will expire if not accepted prior
28 to the preliminary hearing, and defendant Franklin wishes

1 additional time to consider the government's office.  Counsel for
2 defendant Franklin currently is in trial before Judge England,
3 and his schedule for the next several weeks requires an extended
4 continuance of this matter.
5      Accordingly, defendant Franklin and the United States agree
6 and stipulate that the preliminary hearing should be continued
7 until 2:00 pm on Thursday, March 8, 2007.
8 Dated: January 11, 2007

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                       By:  /S/ Robert Twiss
                                                Assistant U.S. Attorney

12 Dated: January 11, 2007

                                                  DANIEL FRANKLIN
                                                Defendant

                                       By: /S/ Steve Bauer for
                                               MICHAEL BIGELOW
                                               Counsel for Defendant

17                          ORDER
18      It is so ORDERED.  The preliminary hearing currently
19 scheduled for January 11, 2007, is VACATED and CONTINUED until
20 March 8, 2007 at 2:00 pm.
21      In that the defendant was arrested, the court also finds
22 that the Speedy Trial Act, 18 U.S.C. § 3161(b) (time in which to
23 return indictment) shall be tolled up through and including March
24 8, 2007, pursuant to § 3161(h)(1)(I) and 8(A).  Permitting the
25 parties to resolve the matter short of formal court proceedings
26 is in the best interests of everyone involved, including the
27 public.
Dated: 1/11/07          /s/ Gregory G. Hollows
28                      GREGORY G. HOLLOWS, U.S. Mag. Judge