McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California  95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG NO. S-06-345 EFB |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO |
| ) | DISMISS |
| v. ) | |
| ) | |
| DANIEL FRANKLIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States hereby moves to dismiss the complaint against defendant Franklin without prejudice. Defendant Franklin's preliminary hearing and/or indictment had been postponed so that the parties could conduct pre-indictment plea negotiations. Those negotiations have failed and the case is not yet ready for indictment. Counsel for defendant Franklin, Michael Bigelow, stipulates that dismissal without prejudice is appropriate at this time.

Accordingly, the United States now moves to dismiss the criminal complaint without prejudice.

//

//

1

Dated: March 8, 2007

                                McGREGOR W. SCOTT
                                United States Attorney

                        By: /s/ Robert M. Twiss
                              ROBERT M. TWISS
                              Assistant U.S. Attorney

Telephonically authorized for presentation and electronic signature on March 8, 2007:

                              /s/ Heiko P. Coppola for
                              MICHAEL BIGELOW
                              Attorney for Defendant

## ORDER

IT IS SO ORDERED.

    For the reasons stated above, the criminal complaint is dismissed without prejudice.

Dated: March 8, 2007

                              _____
                              EDMUND F. BRENNAN
                              U.S. Magistrate Judge